IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| DANA LEE LOHNES | Violations:  18 U.S.C. §§ 2241(c) and 1153 |

**Aggravated Sexual Abuse**

The Grand Jury Charges:

From in or about April 2008 and continuing until in or about May 2010, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DANA LEE LOHNES,

an Indian, did attempt and knowingly cause Jane Doe, a child under the age of twelve, to engage in one or more sexual acts, specifically by contact between his penis and her anus, mouth, and vulva;

In violation of Title 18, United States Code, Sections 2241(c) and 1153.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

JTR/vlt