## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,          )
                                   )
              Plaintiff,          )
                                   )
     vs.                           )          Case No. 3:18-cr-163
                                   )
Dana Lee Lohnes,                   )          **ORDER**
                                   )
            Defendant.          )
                                   )

      Dana Lee Lohnes resides at Centre, Inc., pursuant to a February 27, 2019 Order Setting Conditions of Release. (Doc. 41). Lohnes moves for five-hour furloughs to attend sweat lodge ceremonies each Saturday in Fargo. (Doc. 58).

      The Order Setting Conditions of Release allows the supervising pretrial services officer to approve Lohnes' requests for passes of up to eight hours. The supervising officer advises the court that she does not object to Lohnes' request. The motion is **GRANTED**, subject to the conditions described below. Any future requests for furloughs of eight or fewer hours should be made to the pretrial services officer rather than to the court.

      Lohnes' motion is **GRANTED** subject to the following conditions:

(1)     Lohnes may leave Centre each Saturday at **6:00 PM** in the custody of Elroy St. Clair. He must return to Centre **no later than 11:00 PM** each Saturday. He may only travel from Centre to the location of the sweat lodge ceremony at 37th Avenue and 39th Street in Fargo and back to Centre. He may not go to any other locations.

(2)     While on furlough, Lohnes may not possess or consume any alcohol, any narcotic drug, any non-prescribed controlled substances, or any inhalants.

He may be subject to testing upon his return to Centre to confirm he has not violated this condition.

(3)     While on furlough, Lohnes may not possess a firearm, destructive device, or other dangerous weapon.

(4)     While on furlough, Lohnes may not have any contact with witnesses or the alleged victim.

**IT IS SO ORDERED**.

Dated this 7th day of May, 2019.

/s/ *Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge